SO ORDERED.

Dated: March 15, 2007



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

HEBERT SCHENK P.C.
4742 N. 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@hs-law.com
E-Mail: mwr@hs-law.com
D. Lamar Hawkins – 013251
Mark W. Roth-010708
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| GREENBELT PROPERTY MANAGEMENT, L.L.C., | Case No. 2:07-bk-00790-RTB |
| RESIDENTIAL ASSET MANAGEMENT, L.L.C., | Case No. 2:07-bk-00814-RTB |
| AMERICHOICE REALTY, L.L.C., | Case No. 2:07-bk-00816-RTB |
| RAM RESIDENTIAL I, LLC, | Case No. 2:07-bk-00817-RTB |
| RAM RESIDENTIAL II, LLC, | Case No. 2:07-bk-00818-RTB |
| RAM RESIDENTIAL III, LLC, | Case No. 2:07-bk-00819-RTB |
| RAM RESIDENTIAL IV, LLC, | Case No. 2:07-bk-00820-RTB |
| ARIZONA RESIDENTIAL PROPERTY PURCHASERS, LLC, | Case No. 2:07-bk-00821-RTB |
| ARIZONA RESIDENTIAL PROPERTY PURCHASERS II, LLC, | Case No. 2:07-bk-00823-RTB |
| ARIZONA RESIDENTIAL PROPERTY PURCHASERS III, LLC, | Case No. 2:07-bk-00824-RTB |
| RAM RESIDENTIAL EQUITIES I, LLC, | Case No. 2:07-bk-00855-RTB |
| Debtor. | |
| | (Jointly Administered) (This filing relates to all cases) |
| | **ORDER DIRECTING (1) JOINT ADMINISTRATION; (2) TRANSFER OF ASSIGNMENT OF CASES TO ONE JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |

This matter is before the Court on the Debtor's Expedited Motion for an Order Authorizing and Directing (1) Joint Administration; (2) Transfer of Assignment of Cases to One Judge; and (3) Use of a Consolidated Caption. The Motion was heard by the Court on March 6, 2006 at 11:00 a.m. The Court heard arguments of counsel and good cause appearing therefore:

**IT IS HEREBY ORDERED** granting the Motion and ordering the joint administration of the Chapter 11 proceedings of:

GRANTED

S:\Eckerman.M and T\2700301-GPM\Pleadings\OrdJtAdmin.doc

| Debtor | Case No. |
| --- | --- |
| Greenbelt Property Management, L.L.C. | 07-00790-RTB |
| Residential Asset Management, L.L.C. | 07-00814-RTB |
| Americhoice Realty, L.L.C. | 07-00816-CGC |
| RAM Residential I, LLC | 07-00817-EWH |
| RAM Residential II, LLC | 07-00818-RJH |
| RAM Residential III, LLC | 07-00819-CGC |
| RAM Residential IV, LLC | 07-00820-GBN |
| Arizona Residential Property Purchasers, LLC | 07-00821-GBN |
| Arizona Residential Property Purchasers, II LLC | 07-00823-CGC |
| Arizona Residential Property Purchasers III, LLC | 07-00824-JMM |
| Ram Residential Equities I, LLC | 07-00855-CGC |

**IT IS FURTHER ORDERED** transferring the assignment of all cases to the Honorable Redfield T. Baum.

**IT IS FURTHER ORDERED** that one file and one docket be maintained for all cases, which file shall be the file established for the Greenbelt Property Management, L.L.C. bankruptcy proceeding of case no. 07-00790. The caption shall identify all of the jointly administered cases. In circumstances where a filing requests relief relating to a specific debtor or debtors only, the caption shall be modified with a parenthetical below the title of the filing to indicate the specific debtor to which a filing or order applies, and the first paragraph of such filing or order shall indicate the specific debtor to which it applies.

DATED: ___ March, 2007.

_____
The Honorable Redfield T. Baum
U.S. Bankruptcy Court Judge

S:\Eckerman.M and T\2700301-GPM\Pleadings\OrdJtAdmin.doc

2